## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>RENTAL CAR INTERMEDIATE HOLDINGS, LLC<br><br>        Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 20-11218 (MFW)<br><br>(Jointly Administered) |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE,<br><br>        Plaintiff,<br><br>        v.<br><br>THE HERTZ CORPORATION; DOLLAR RENT A CAR, INC.; DOLLAR THRIFTY AUTOMOTIVE GROUP, INC.; DONLEN CORPORATION; DTG OPERATIONS, INC.; DTG SUPPLY, LLC; FIREFLY RENT A CAR LLC; HERTZ CAR SALES LLC; HERTZ GLOBAL SERVICES CORPORATION; HERTZ LOCAL EDITION CORP.; HERTZ LOCAL EDITION TRANSPORTING, INC.; HERTZ SYSTEM, INC.; HERTZ TECHNOLOGIES, INC.; HERTZ TRANSPORTING, INC.; RENTAL CAR GROUP COMPANY, LLC; SMARTZ VEHICLE RENTAL CORPORATION; THRIFTY CAR SALES, INC.; THRIFTY, LLC; THRIFTY INSURANCE AGENCY, INC.; THRIFTY RENT A CAR SYSTEM, LLC; and TRAC ASIA PACIFIC, INC.<br><br>        Defendants. | **Adv. Pro. No. 21-50995 (MFW)** |
| U.S. BANK NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, | **Re:  Adv. Dkt. No. 154** |

---

[1] The last four digits of the tax identification number of Reorganized Debtor Rental Car Intermediate Holdings, LLC ("**RCIH**") are 2459.  The location of the Reorganized Debtor's service address is 8501 Williams Road, Estero, FL 33928.  On September 28, 2021, the Court entered a final decree closing each of the chapter 11 cases for The Hertz Corporation and its affiliated reorganized debtors (the "**Reorganized Debtors**") other than RCIH's chapter 11 case.  Commencing on September 29, 2021, all motions, notices and other pleadings relating to any of the Reorganized Debtors shall be filed in RCIH's chapter 11 case, Case No. 20-11247 (MFW).

{02128944;v3 }

Plaintiff-Intervenor,

v.

THE HERTZ CORPORATION,

Defendant.

### ORDER ADJOURNING ORAL ARGUMENT ON
### THE DETERMINATION OF REMAINING DISPUTED CLAIMS,

This matter coming before this Court on the *Certification of Counsel Regarding Oral Argument on the Determination of Remaining Disputed Claims*,

**IT IS HEREBY ORDERED THAT**:

1.    Oral argument regarding the *Determination of Remaining Disputed Claims* is adjourned pending the outcome of the Reorganized Debtors' petition for writ of certiorari to the United States Supreme Court for review of the Third Circuit's decision reversing this Court's opinion on Plaintiff's and the Reorganized Debtors' cross-motions for summary judgment (the "**Petition**").

2.    Should the Supreme Court issue an order denying the Petition or affirming the Third Circuit's decision, the parties shall promptly contact chambers to request a new argument date within fourteen days of the Supreme Court's order, subject to the availability of this Court.

3.    This Court shall retain jurisdiction over all matters arising from or related to the interpretation or implementation of this Order

**Dated: June 9th, 2025**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**